UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>FLAGSHIP FACILITY SERVICES INC, et al.,<br><br>          Defendants. | Case No.   14-cv-00706-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO STAY CASE**<br><br>Re: Dkt. No. 9 |

Before the Court is Plaintiff's Case Management Statement and Motion requesting a 60-day stay of the above-captioned matter. In its request, Plaintiff states that Defendant has agreed to a limited "test audit" of Defendant's books and records, which should be completed within sixty days, and that the parties would like additional time after the completion of the audit to meet and confer regarding its results. As such, the Plaintiff requests the matter be stayed.

Plaintiff's request does not comply with Civil Local Rule 6 regarding Motions on Time. Though the request states the particular reason for the motion to extend time, it does not include a stipulation from the Defendant agreeing to said stay (pursuant to Civil L-R 6-2) or an affidavit articulating a reason why such a stipulation could not be obtained (pursuant to Civil L-R 6-3). As such, the Court hereby DENIES Plaintiff's request without prejudice. The Court further orders that any future stay request state with specificity the date on which the proposed stay would terminate.

**IT IS SO ORDERED.**

Dated: May 2, 2014

_____
BETH LABSON FREEMAN
United States District Judge