Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
        susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: 5:14-cv-00706-BLF **CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER THEREON** Date:     **July 31, 2014** Time:     **1:30 PM** Ctroom:  **3, 5th Floor**          **San Jose Courthouse** Before:   **Hon. Beth Labson Freeman** |
| Plaintiffs, | |
| vs. | |
| FLAGSHIP FACILITY SERVICES, INC., a California corporation; and DAVID MICHAEL PASEK, an individual, | |
| Defendants. | |

Plaintiffs file this abbreviated case management conference.

On February 14, 2014, Plaintiffs Laborers Trust Funds filed their Complaint for Breach of Collective Bargaining Agreement And for a Mandatory Injunction ("Complaint"). The Complaint seeks an Order requiring defendant Flagship Facility Services, Inc. to submit to an

– 1 –

1  audit of its books and records.  On February 14, 2014, this matter was assigned to the Hon.

2  Edward M. Chen.  On April 17, 2014, this matter was re-assigned to this Court.

3       At the request of Defendants, Defendants were not served with the Complaint because

4  they wanted an opportunity to attempt to work out the dispute regarding the scope of the audit.

5  Counsel for defendants appeared in order to participate in the original Stipulation to continue

6  the prior case management conference to allow the parties to attempt to work out the dispute

7  regarding the scope of the audit.  The parties successfully worked out the dispute regarding the

8  scope of the audit.  The audit was recently completed.

9       The result of the audit has been communicated to Defendants and the parties are

10  attempting to resolve any issues regarding the audit results.  If the parties are unable to resolve

11  the dispute and reach a settlement within the next thirty (30) days, Plaintiffs Laborers Trust

12  Funds will file and serve Defendants with a First Amended Complaint.

13       Based on the above, Plaintiffs Laborers Trust Funds respectfully request that this Court

14  continue the case management conference for a period of forty five (45) days.

15  DATED:  July 22, 2014

16                         BULLIVANT HOUSER BAILEY PC

17

18                         By

19                            Ronald L. Richman
                          Susan J. Olson

20                         Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

– 2 –

1

### ORDER

2          Pursuant to request by Plaintiffs Laborers Trust Funds to continue the case management

3   conference and good cause appearing:

4          IT IS HEREBY ORDERED that the case management conference is hereby re-set to

5   _October 2_____, 2014, 1:30 p.m., Courtroom 3, 5th Floor, San Jose Division.  A case

6   management statement shall be filed seven days prior to the case management conference.

7   DATED: July 24, 2014

8
                          By _____
9                              HON. BETH LABSON FREEMAN
                               UNITED STATES DISTRICT JUDGE
10

11

12   15160677.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 3 —

CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER THEREON