Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
       susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSHIP FACILITY SERVICES, INC., a California corporation; and DAVID MICHAEL PASEK, an individual,<br><br>Defendants. | Case No.: 5:14-cv-00706-BLF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California, on the one hand, and

– 1 –
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON

1  Defendants Flagship Facility Services, Inc. and David Michael Pasek, on the other hand,
2  through counsel, that the pending litigation has been fully resolved and that this Court should
3  dismiss this action, in its entirety, with prejudice.
4  DATED: August 19, 2014

BULLIVANT HOUSER BAILEY PC

By /s/ 
   Ronald L. Richman
   Susan J. Olson

Attorneys for Plaintiffs

DATED: August 19, 2014

*Specially appearing for purposes of this stipulation only; not a voluntary appearance*

LITTLER MENDELSON, P.C.

By /s/ *Nancy L. Ober*
   Nancy L. Ober

Attorneys for Defendants

## ORDER

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed, in its entirety, with prejudice.

DATED: August 20, 2014

By  /s/ Beth Labson Freeman
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

15192690.1